FILED'09 NOV 30 11:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| JOHN SATYNA, | Civil No. 08-CV-1334-HA |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will hold a de novo hearing; reevaluate the medical source opinions; reevaluate Plaintiff's testimony; reevaluate the lay witness testimony; address the issue of disability through Plaintiff's date last insured; reevaluate the severity of the claimant's alleged impairments; reassess

Page 1    ORDER - [08-CV-1334-HA]

Plaintiff's residual functional capacity; and reassess whether there are jobs in significant numbers that Plaintiff can perform. If warranted, the ALJ will obtain supplemental vocational expert testimony.

DATED this __30__ day of __November__ 2009.

```
                                    /s/ Ancer L. Haggerty
                                    UNITED STATES DISTRICT JUDGE
```

Presented by:

s/ Stephanie R. Martz
Stephanie R. Martz
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2272